**DIRECTOR OF DIVISION OF CHILD SUPPORT ENFORCEMENT, ex rel. Robin LEWIS, Respondent.**

No. 65801.

Missouri Court of Appeals, Eastern District, Division One.

Dec. 13, 1994.

Daniel J. Bruntrager, Bruntrager & Billings, P.C., St. Louis, for appellant.

Roy R. Hardee, Mo. Dept. of Social Services, Div. of Legal Services, Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

---

**Lynn DEERFIELD, Plaintiff/Appellant,**

v.

**PARK PLAZA APARTMENT, Defendant/Respondent.**

No. 65459.

Missouri Court of Appeals, Eastern District, Division One.

Dec. 13, 1994.

Mark D. Hirschfeld, Clayton, for appellant.

H. Todd Iveson, Green, Hoffmann & Dankenbring, Clayton, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

**PER CURIAM.**

Plaintiff filed a claim in small claims court seeking the return of her security deposit held by defendant. After judgment for defendant in small claims court, plaintiff petitioned for a trial *de novo* in the circuit court. Following the trial *de novo*, the circuit court entered judgment for defendant. Plaintiff appeals; we affirm.

The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An opinion would have no precedential value. Rule 84.16(b).